AO 86A  (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

**FILED**

JUN 2 3 2021

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kenneth Ramdat | ) | Case No.  1:20-CR-84 |
| | ) | |
| *Defendant* | ) | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

*Defendant's signature*  06/23/2021

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

*Defendant's signature*  06/23/2021

The United States consents to the jury-trial waiver: _____
*Government representative's signature*

Sarah E Wagner  AUSA
*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

*Defendant's signature*  06/23/2021

Mike Benninger
*Printed name of defendant's attorney (if any)*

*Signature of defendant's attorney (if any)*

Date: 6.23.2021      Approved by: _____
*Magistrate Judge's signature*